IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 10-809-1 |
| | : | |
| ABEL RODRIGUEZ | : | |
| | : | |

### O R D E R

**AND NOW**, this 31st day of January, 2014, upon consideration of the Government's unopposed Motion to Dismiss the Indictment, it is hereby **ORDERED** that Indictment No. 10-809-1 is dismissed without prejudice as to Defendant Abel Rodriguez.  It is further **ORDERED** that because the Court has determined that Defendant is incompetent to stand trial, Defendant is prohibited from possessing firearms in or affecting commerce.  18 U.S.C. 922(g)(4); 27 C.F.R. § 478.11.

IT IS SO ORDERED.

/s/ Paul S. Diamond

_____

Paul S. Diamond, J.